**Jalal J. Dallo**  Not Detained
**Attorney for Petitioner**
**Dallo Law P.C.**
**36700 Woodward Ave., Suite 103**
**Bloomfield Hills, MI 48304**
**(248) 283-7000**
**jjdallo@dallolaw.com**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the Matter of: | |
| **SIFENG REN** | Case No: |
| **PETITIONER** | A# :208-619-517 |
| v. | |
| USCIS | |
| **Texas Service Center** | |

## PETITION FOR WRIT OF MANDAMUS

**NOW COMES** Jalal J. Dallo, Counsel for Petitioner, **Sifeng Ren**, and respectfully invokes this Court's jurisdiction to address the extraordinary Writ of Mandamus, compelling the United States Citizenship and Immigration Services, specifically the Texas Service Center in Irving, Texas, to take immediate action on completing the review process for I-130 Petition, that was filied for imidiate family members (parents of USC) as listed below:

Ren, Changchun

Zhang, Jianfang

The I-130, Petition for Alien Relative forms for all the above-listed applicants were received at the USCIS Texas Service Center in Irving, Texas on May 04, 2023. Since that time, the two applicants have been waiting an unreasonable amount of time for the completion of the review process. Despite inquiries and formal requests for information, the USCIS Texas Service Center, has failed to take any further action on these Petitions for Alien Relative case.

This writ is being filed on behalf of Ms. Sifeng Ren, a U.S. citizen, who has petitioned for her parents to have their I-130 approved so they can eventually join her and move to the United States to live with her. The review processes of their I-130 petitions has been delayed for more that 24 months beyond the normal processing time frame of 17 months at Texas cervice Center, compared to other similar applications. Therefore, Petitioner seeks this extraordinary writ to compel the USCIS Texas Service Center in Irving, Texas, to act within a reasonable time, in accordance with Section 706(1) of the Administrative Procedure Act (APA).

Said section states that a reviewing court shall compel agency unreasonably delayed. This means that if an agency fails to act within a reasonable amount of time, a court can order the agency to act.

This writ is also intended to guarantee the two I-130 applicants have their right for adjucation of the application to be completed by the USCIS Texas Service Center in Irving, Texas.

Ms. Sifeng Ren, through her attorney, respectfully requests that this Court issue an extraordinary writ compelling the USCIS Texas Service Center to fulfill its legal duty

and process the two I-130 petitions within the same reasonable and normal time frame as other similar cases.

## STATEMENT OF THE CASE AND FACTS

1- Petitioner Sifeng Ren, U.S. citizen has the right to petition for her parents to immigrate to the United States under the IR5 category of the Immigration and Nationality Act (INA), Section 203(a)(3).

2- On May 4, 2023, USCIS received Form I-130 (Petition for Alien Relative) to sponsor her two parents and issued her Form I-797C. Receipt Number: Ren, Changchun  IOE0920521606  Zhang, Jianfang    IOE0920522661

3- On May 5, 2025, after waiting for two years, USCIS received an inquiry from Beneficiary / Applicant Changchun Ren, requesting information and status of I-130 review process. Changchun received email from USCIS, saying that it may take longer to provide an adjudicative decision, due to a high volume of work the USCIS is currently receiving.

4- May 27, 2025, Petitioner Sifeng Ren received email from USCS Service Center Congressional Liaison indicating that Ms. Ren's I-130 petitions for Alien Relative, which were filed with USCIS on May 4, 2023, were still under additional review process. The USCS Liaison also demonstrated, that they are unable to provide details regarding this process or expedite its competition.

As you can see, Sifeng Ren ,Jianfang Zhang and Changchun Ren have been waiting for more than twenty-four (24) months for their review process to be completed. This delay has caused both Petitioner Sifeng Ren, Beneficiaries Jianfang Zhang, Changchun Ren, significant hardship and distress, because the parents of the U.S. citizen are unable to immigrate to the United States to be united with their daughter. (Please see attached Michigan Enhanced Driver License.

Petitioner Sifeng Ren has exhausted all available remedies for seeking resolution of this case, Therefore, Petitioner requests that this Honorable Court issue a writ of mandamus compelling the USCIS Texas Service Center in Irving, Texas to act on

Beneficiary's I-130 petitions and to provide decision within a reasonable time frame. USCIS Texas Service Center has a legal duty to process Beneficiary's I-130 petition forms and to provide decision, and that this duty has been breached by the USCIS Texas Service Center's prolonged inaction.

### NATURE OF RELIEF SOUGHT

The nature of the relief sought by this petition is a writ of mandamus directing the USCIS Texas Service Center to perform its duty and provide decision on the two applicants I-130 petitions with equal and normal processing time to other similar immigrant I-130 petitions.

Thank you for your attention to this matter. We respectfully request that this Honorable Court issue a writ of mandamus as soon as possible, and we look forward to a timely resolution of this case.

Respectfully Submitted,

Dated: 12th June 2025

Jalal J. Dallo
Attorney for Petitioner Peter Jarjis Potros
Dallo Law P.C.
36700 Woodward Ave., Suite 103
Bloomfield Hills, MI 48304
(248) 283-7000
jjdallo@dallolaw.com

## CERTIFICATE OF SERVICE

I, Jalal J. Dallo, hereby certify that on this 12th Day of June, 2025, I, caused a copy of the foregoing petition for Writ of Mandamus in the case of Sifeng Ren, A# : 208-619-517, to be served to USCIS Texas Service Center located at 6046 N. Beltline Rd, Ste. 110, Irving, Texas, United States; United States Eastern District Court of Michigan located at 231 W. Lafayette Boulevard Detroit, MI 48226; US Attorney's Office for the Eastern District of Michigan located at 211 W. Fort Street, Suite 2001 Detroit, MI 48226 ; and United States Attorney General's Office located at 950 Pennsylvania Avenue NW, Washington DC 20530 by Certified mail.

_____
**Jalal J. Dallo**
**Attorney for Petitioner**
**Dallo Law, PC**
**36700 Woodward Avenue, Suite 103**
**Bloomfield Hills, MI 48304**
 **(248) 283-7000**
**office@dallolaw.com**